IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LLOYD CLINT EDWARDS, JR.,** | CIV S-05-0338 LKK CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **A. K. SCRIBNER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on or before July 11, 2005.

DATED: June 9, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE